In the Matter of the Judicial Settlement of the Account of Proceedings of HENRY L. BOGERT, as Substituted Trustee for MARY E. ROBSON, under the Last Will and Testament of THOMAS L. BOGERT, Deceased.— Decree, so far as appealed from, reversed, with costs and disbursements to the appellant payable out of the estate, and matter remitted to the Surrogate's Court to enter a decree in accordance with the decision, on the ground that the gift over to the children of Peter and George William upon the death of Mary Eliza was a gift to a class and that the members of the class take *per capita*. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWARD L. DORST, Respondent, v. MARY A. DORST, Appellant.— Interlocutory judgment affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALLEGHENY COLLEGE, Appellant, v. THE NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, N. Y., as Executor, etc., of MARY YATES JOHNSTON, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of the CITY OF ROCHESTER to Acquire Land for the Rochester Rapid Transit and Industrial Railroad Connection with the Rochester, Lockport and Buffalo Railroad in Said City.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of RAYMOND A. KEMPF and FREDERICK M. KEMPF, as Administrators, etc., of WILLIAM J. KEMPF, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HARMON A. BURGESS, Respondent, v. HOWARD F. STEIN, Appellant.— Motion for reargument denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

INTERNATIONAL RAILWAY COMPANY, Respondent, v. FRANK X. SCHWAB, as Mayor, etc., and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES PENDERGAST, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CHARLES F. BALDWIN and Others, Respondents, v. HENRY W. SCHOONMAKER and Others, Appellants.— Plaintiffs' counter motion to vacate restraining provision of show cause order denied. Stay of execution against the person of the appealing defendants granted, pending hearing and determination of the appeal, upon condition that the appeal shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY KAZIOL, Respondent, v. ADOLPH YARAZEWSKA and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers on appeal by June fifteenth, together with printed briefs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.